# EXHIBIT A

# Notice of Intent to Take Access Filings
# in 2015

## Notices to Take Access (NA) - Salinas

| # | Date Filed | Case Number | Labor Organization | Employer |
|---|---|---|---|---|
| 1. | 06/24/15 | 2015-NA-001-SAL | UFW | Larse Farms, Inc. |
| 2. | 06/24/15 | 2015-NA-002-SAL | UFW | Rocha Brothers Farms |
| 3. | 06/26/15 | 2015-NA-003-SAL | UFW | Ortega Berry Farms |
| 4. | 06/26/15 | 2015-NA-004-SAL | UFW | Garroutte Farms |
| 5. | 06/26/15 | 2015-NA-005-SAL | UFW | Corralitos Farms |
| 6. | 06/26/15 | 2015-NA-006-SAL | UFW | Dutra Farms dba Premiere Raspberries |
| 7. | 07/08/15 | 2015-NA-007-SAL | UFW | Aptos Berry Farms |
| 8. | 07/08/15 | 2015-NA-008-SAL | UFW | Reiter Berry Farms |
| 9. | 07/08/15 | 2015-NA-009-SAL | UFW | Fernandez Bros. Inc. |
| 10. | 07/08/15 | 2015-NA-010-SAL | UFW | Scurich Berry Farm |
| 11. | 07/13/15 | 2015-NA-011-SAL | UFW | Tanimura & Antle Inc. |
| 12. | 07/16/15 | 2015-NA-012-SAL | UFW | Saticoy Berry Farms |
| 13. | 07/17/15 | 2015-NA-013-SAL | UFW | Ito Bros, Inc. |
| 14. | 07/21/15 | 2015-NA-014-SAL | UFW | Mandalay Berry Farms |
| 15. | 07/23/15 | 2015-NA-015-SAL | UFW | Marz Farms, Inc. |
| 16. | 07/23/15 | 2015-NA-016-SAL | UFW | Colorado Farms, LLC |
| 17. | 07/24/15 | 2015-NA-017-SAL | UFW | Camarillo Berry Farms |
| 18. | 07/27/15 | 2015-NA-018-SAL | UFW | Ortega Berry Farms (2nd) |
| 19. | 07/30/15 | 2015-NA-019-SAL | UFW | Springfield Farms |

| # | Date Filed | Case Number | Labor Organization | Employer |
|---|---|---|---|---|
| 20. | 08/06/15 | 2015-NA-020-SAL | UFW | Harvest Moon Agricultural Services |
| 21. | 08/07/15 | 2015-NA-021-SAL | UFW | T.T. Miyasaka, Inc. |
| 22. | 08/10/15 | 2015-NA-022-SAL | UFW | Desert Best Farms |
| 23. | 08/17/15 | 2015-NA-023-SAL | UFW | Aptos Berry Farms |
| 24. | 08/17/15 | 2015-NA-024-SAL | UFW | Providence Farms, LLC |
| 25. | 08/17/15 | 2015-NA-025-SAL | UFW | Merrill Farms, LLC |
| 26. | 08/20/15 | 2015-NA-026-SAL | UFW | PV Farming Operations LLC |
| 27. | 08/25/15 | 2015-NA-027-SAL | UFW | Fernandez Brothers, Inc. |
| 28. | 08/20/15 | 2015-NA-028-SAL | UFW | Sunset Farming, Inc. |
| 29. | 08/20/15 | 2015-NA-029-SAL | UFW | Paraiso Organics, Inc. |
| 30. | 09/08/15 | 2015-NA-030-SAL | UFW | Camarillo Berry Farms |
| 31. | 09/10/15 | 2015-NA-031-SAL | UFW | Rio Mesa Organics Farms |
| 32. | 09/10/15 | 2015-NA-032-SAL | UFW | Royal Oaks Farms LLC |
| 33. | 09/10/15 | 2015-NA-033-SAL | UFW | Sakakihara Farms |
| 24. | 09/17/15 | 2015-NA-034-SAL | UFW | Elkhorn Berry Farms LLC |
| 35. | 09/17/15 | 2015-NA-035-SAL | UFW | Elkhorn Berry Organic Farms LLC |
| 36. | 10/29/15 | 2015-NA-036-SAL | UFW | Cedar Point Nursery |
| 37. | 11/09/15 | 2015-NA-037-SAL | UFW | Tanimura & Antle, Inc. |
| 38. | 11/09/15 | 2015-NA-038-SAL | UFW | Dutra Farms dba Premiere Raspberries, LLC |
| 39. | 11/09/15 | 2015-NA-039-SAL | UFW | Harvest Moon Agricultural Services |
| 40. | 11/09/15 | 2015-NA-040-SAL | UFW | Larse Farms, Inc. |

| #   | Date Filed | Case Number      | Labor Organization | Employer              |
|-----|------------|------------------|--------------------|-----------------------|
| 41. | 11/09/15   | 2015-NA-041-SAL  | UFW                | T.T. Miyasaka, Inc.   |
| 42. | 11/09/15   | 2015-NA-042-SAL  | UFW                | Providence Farms, LLC |

## Notices to Take Access (NA) - Visalia

| #   | Date Filed | Case Number     | Labor Organization | Employer                                                   |
|-----|------------|-----------------|--------------------|------------------------------------------------------------|
| 1.  | 06/25/15   | 2015-NA-001-VIS | UFW                | Rogina Inc.                                                |
| 2.  | 06/25/15   | 2015-NA-002-VIS | UFW                | Live Oak Farms                                             |
| 3.  | 06/29/15   | 2015-NA-003-VIS | UFW                | Sweetwoods Farm . . . Inc. dba "Red Rooster"               |
| 4.  | 06/30/15   | 2015-NA-004-VIS | UFW                | Mike Jensen Farms                                          |
| 5.  | 06/30/15   | 2015-NA-005-VIS | UFW                | Dimare Fresh                                               |
| 6.  | 06/30/15   | 2015-NA-006-VIS | UFW                | Family Ranch                                               |
| 7.  | 07/07/15   | 2015-NA-007-VIS | UFW                | Valley Garlic Inc. dba Sequoia Packing                     |
| 8.  | 07/09/15   | 2015-NA-008     | UFW                | Fowler Packing Co.                                         |
| 9.  | 07/09/15   | 2015-NA-009-VIS | UFW                | Pappas & Co.                                               |
| 10. | 07/09/15   | 2015-NA-010-VIS | UFW                | Stamoules Produce Company                                  |
| 11. | 07/09/15   | 2015-NA-011-VIS | UFW                | Martinelli Vineyards                                       |
| 12. | 07/10/15   | 2015-NA-012-VIS | UFW                | John H. Kautz dba John Kautz Farms aka Diversified Farms   |
| 13. | 07/10/15   | 2015-NA-013-VIS | UFW                | Vino Farm Inc.                                             |
| 14. | 07/13/15   | 2015-NA-014-VIS | UFW                | Sonoma Cutrer Vineyards                                    |
| 15. | 07/30/15   | 2015-NA-015-VIS | UFW                | Dimare Fresh (2nd)                                    |
| 16. | 07/31/15   | 2015-NA-016-VIS | UFW                | Live Oak Farms                                             |

| # | Date Filed | Case Number | Labor Organization | Employer |
|---|---|---|---|---|
| 17. | 07/31/15 | 2015-NA-017-VIS | UFW | Stellar Distributing, Inc. |
| 18. | 08/03/15 | 2015-NA-018-VIS | UFW | Logoluso Farms Inc. |
| 19. | 08/04/15 | 2015-NA-019-VIS | UFW | Specialty Crop Co. |
| 20. | 08/24/15 | 2015-NA-020-VIS | UFW | J. Marchini Farms |
|  |  |  |  |  |