DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
E-mail: jpt@pacificlegal.org
CHRISTOPHER M. KIESER, No. 298486
E-mail: cmk@pacificlegal.org
WENCONG FA, No. 301679
E-mail: wf@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

HOWARD A. SAGASER, No. 72492
E-mail: has@sw2law.com
IAN B. WIELAND, No. 285721
E-mail: ian@sw2law.com
Sagaser, Watkins & Wieland, PC
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone:  (559) 421-7000
Facsimile:  (559) 473-1483

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities,<br><br>　　　　Defendants. | No. 1:16-cv-00185-LJO-BAM<br><br>**DECLARATION OF DENNIS PARNAGIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 23, 2016<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor<br>Judge Lawrence J. O'Neill |

I, Dennis Parnagian, being over the age of 18 and of sound mind, make the following declaration:

1. I am, and have at all relevant times been, the CEO of Fowler Packing Company (Fowler). I have personal knowledge of the following facts and if called as a witness I could and would competently testify to them under oath.

2. Fowler is located in Fresno, California.

3. Fowler produces over 5 million boxes of fresh California table grapes, and 15 million boxes of citrus each year.

4. Fowler employs 1,800-2,500 workers in its field operations and approximately 500 workers at its production facility in Fresno, which features a cafeteria that serves two free meals per day, and a medical clinic that provides free medical care for employees and their families.

5. The employees who work at Fowler live in their own homes.

6. No employee of Fowler has expressed to me any interest in joining a union.

7. Fowler strongly objects to the protests, and would not permit union organizers to go on Fowler's property if it were not for the access regulation.

8. In July 2015, United Farm Workers of America (the union) filed labor charges against Fowler, claiming that Fowler violated the Agricultural Labor Relations Board (ALRB) access regulation by denying union organizers access to Fowler's property.

9. The charges have been dismissed, but Fowler believes that union organizers will attempt to access the property again, and that the union will file fresh ALRB charges against Fowler in the future.

10. The access regulation will cause Fowler to lose goodwill, because it sends a message that Fowler would treat its workers poorly without union interference. Fowler vigorously objects to this message.

///

///

///

///

Declaration of Parnagian
No. 1:16-cv-00185-LJO-BAM                - 1 -

1  I declare under penalty of perjury that the forgoing is true and correct, to the best of my
2  knowledge, and that this declaration was executed this __5__ day of February, 2016, at Fresno,
3  California.

_____
DENNIS PARNAGIAN

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Declaration of Parnagian
No. _____                                            - 2 -