```
1  DAMIEN M. SCHIFF, No. 235101
   E-mail: dms@pacificlegal.org
2  JOSHUA P. THOMPSON, No. 250955
   E-mail: jpt@pacificlegal.org
3  CHRISTOPHER M. KIESER, No. 298486
   E-mail: cmk@pacificlegal.org
4  WENCONG FA, No. 301679
   E-mail: wf@pacificlegal.org
5  Pacific Legal Foundation
   930 G Street
6  Sacramento, California 95814
   Telephone: (916) 419-7111
7  Facsimile: (916) 419-7747

8  HOWARD A. SAGASER, No. 72492
   E-mail: has@sw2law.com
9  IAN B. WIELAND, No. 285721
   E-mail: ian@sw2law.com
10 Sagaser, Watkins & Wieland, PC
   7550 North Palm Avenue, Suite 100
11 Fresno, California 93711
   Telephone: (559) 421-7000
12 Facsimile: (559) 473-1483

13 Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities, <br><br> Defendants. | No. 1:16-cv-00185-LJO-BAM <br><br> **DECLARATION OF MIKE FAHNER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: March 23, 2016 <br> Time: 9:00 a.m. <br> Courtroom 4, 7th Floor <br> Judge Lawrence J. O'Neill |

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

1    I, Mike Fahner, being over the age of 18 and of sound mind, make the following
2 declaration:
3    1.   I am, and have at all relevant times been, the owner of Cedar Point Nursery (Cedar
4 Point). I have personal knowledge of the following facts and if called as a witness I could and
5 would competently testify to them under oath.
6    2.   Cedar Point is located in Dorris, California, near the California-Oregon border.
7    3.   Cedar Point raises top-quality strawberry plants for producers in California and
8 nationwide.
9    4.   Cedar Point has 80 to 100 employees who work full time.  In addition, Cedar Point
10 hires approximately 400 seasonal employees for its eight-week harvest.
11    5.   Cedar Points pays for its seasonal employees to stay in clean, comfortable hotels
12 in Klamath Falls, Oregon.  The union organizers have access to the workers at these hotels.
13    6.   No employees of Cedar Point are housed on the property of the business.
14    7.   Cedar Point pays its employees rates that meet or exceed the market rate.
15    8.   Cedar Point employees have never expressed dissatisfaction to me with working
16 conditions.  Similarly, I have never heard any of the employees expressing interest in joining a
17 union.
18    9.   The Agricultural Labor Relation Board's access regulation adversely affects Cedar
19 Point by allowing union organizers to conduct disruptive protests on Cedar Point's private property
20 for up to three hours per day.
21    10.  Cedar Point strongly objects to the protests, and would not permit union organizers
22 to go on Cedar Point's property if it were not for the access regulation.
23    11.  In 2015, union organizers from United Farm Workers of America (the union) staged
24 disruptive protests on Cedar Point property during the sixth week of its eight-week harvest.
25    12.  Cedar Point believes that union organizers will return to the property for another
26 try at recruiting employees through threats and acts of intimidation.  Cedar Point also believes that
27 union organizers will return to unlawfully trespass on its property and disrupt its business
28 operations in the future.

Declaration of Fahner
No. 1-16-cv-00185-LJO-BAM                                - 1 -

13. Cedar Point has a pending Agricultural Labor Relations Board (ALRB) charge against the union with regard to the access regulation. Cedar Point believes that the union will file an ALRB charge against it for any dispute related to the access regulation in the future.

14. The access regulation will cause Cedar Point to lose goodwill, because the regulations sends a message that Cedar Point would treat its workers poorly without union interference. Cedar Point vigorously objects to this message.

I declare under penalty of perjury that the forgoing is true and correct, to the best of my knowledge, and that this declaration was executed this __8__ day of February, 2016, at Dorris, California.

_____
MIKE FAHNER

Declaration of Fahner
No. _____                                     - 2 -