```
 1  DAMIEN M. SCHIFF, No. 235101
     E-mail: dms@pacificlegal.org
 2  JOSHUA P. THOMPSON, No. 250955
     E-mail: jpt@pacificlegal.org
 3  CHRISTOPHER M. KIESER, No. 298486
     E-mail: cmk@pacificlegal.org
 4  WENCONG FA, No. 301679
     E-mail: wf@pacificlegal.org
 5  Pacific Legal Foundation
    930 G Street
 6  Sacramento, California 95814
    Telephone:  (916) 419-7111
 7  Facsimile:  (916) 419-7747

 8  HOWARD A. SAGASER, No. 72492
     E-mail: has@sw2law.com
 9  IAN B. WIELAND, No. 285721
     E-mail: ian@sw2law.com
10  Sagaser, Watkins & Wieland, PC
    7550 North Palm Avenue, Suite 100
11  Fresno, California 93711
    Telephone:  (559) 421-7000
12  Facsimile:  (559) 473-1483

13  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., <br><br>                Plaintiffs, <br><br>     v. <br><br> WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities, <br><br>                Defendants. | No. 1:16-cv-00185-LJO-BAM <br><br> **DECLARATION OF SILVESTRE ARIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  March 23, 2016 <br> Time:  9:00 a.m. <br> Courtroom 4, 7th Floor <br> Judge Lawrence J. O'Neill |

Decl. of Arias in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

I, Silvestre Arias, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. Since 1998, I have been employed by Fowler Packing Company as a ranch manager. Currently, I manage for the Company approximately 800 acres of farm land in Madera and Fresno Counties.

3. My duties as a ranch manager require me, among other things, to oversee the day-to-day operations and activities of the Company's field workers, crew bosses, and field managers. To that end, I regularly observe field workers as they report to work, while they are working in the fields, and while they are resting or are on break.

4. The number of employees I supervise varies from season to season and year to year. In any given year, that number will range from 60 to 200 people.

5. Based on my recent observations, approximately 80% of the employees I manage possess a cellular or smart phone. I also regularly observe employees listening to Spanish language radio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this ___21___ th day of April, 2016, at ___Fresno___, California.

_____
SILVESTRE ARIAS