```
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
E-mail: jpt@pacificlegal.org
CHRISTOPHER M. KIESER, No. 298486
E-mail: cmk@pacificlegal.org
WENCONG FA, No. 301679
E-mail: wf@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

HOWARD A. SAGASER, No. 72492
E-mail: has@sw2law.com
IAN B. WIELAND, No. 285721
E-mail: ian@sw2law.com
Sagaser, Watkins & Wieland, PC
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities, <br><br> Defendants. | No. 1:16-cv-00185-LJO-BAM <br><br> **DECLARATION OF MATTHEW MCEWEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: March 23, 2016 <br> Time: 9:00 a.m. <br> Courtroom 4, 7th Floor <br> Judge Lawrence J. O'Neill |

Decl. of McEwen in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

I, Matthew McEwen, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am currently employed by Cedar Point Nursery as the Foundation Manager and as a Trim Shed Manager. I have been the Foundation Manager for the last 13 years, and a Trim Shed Manager for the last 2 years. I have been employed by Cedar Point for approximately 14 years.

3. My responsibilities as the Foundation Manager include overseeing all aspects of the raising of strawberry plants on Cedar Point's property, including making siting, irrigation, and fertilizing decisions. As the Foundation Manager, I supervise approximately 15 to 20 persons.

4. My responsibilities as a Trim Shed Manager include overseeing the trimming and packing of strawberry plants. In the Trim Sheds, employees prepare these plants for packing and shipping to a variety of strawberry growers. My principal job is to enforce quality-control measures so that each package of strawberry plants meets Cedar Point's high quality standards. As a Trim Shed Manager, I normally oversee Sheds 5 through 8. In that capacity, I oversee approximately 240 persons.

5. Of the persons I oversee, approximately 95% converse principally in Spanish, and 5% principally in English. I am unaware of any person who converses principally in a language other than Spanish or English. Nearly 100% of the persons I oversee possess a cellular or smartphone.

6. I regularly observe the persons I oversee as a Foundation and Trim Shed Manager discussing Facebook, Instagram, and Snapchat.

7. In 2015, union organizers from the United Farm Workers of America staged disruptive protests on Cedar Point's property during the sixth week of its eight-week harvest. I was present for these protests, including when union representatives entered the Trim Sheds. The protests were particularly disruptive, resulting in a significant work slowdown. As a result of the protests, an additional three hours were required to complete trimming work. The protests were

Decl. of McEwen in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM                               - 1 -

also frightening to the persons I supervise, in part because they were sudden and happened in the early morning hours when the light in the Trim Sheds is reduced. Because of the protests, approximately 50 to 60 of the people I oversee in the Trim Sheds did not return to work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __28__ th day of April, 2016, at __Klamath Falls__, Oregon.

_____
MATTHEW MCEWEN

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111   FAX (916) 419-7747