DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
JOSHUA P. THOMPSON, No. 250955
E-mail: jpt@pacificlegal.org
CHRISTOPHER M. KIESER, No. 298486
E-mail: cmk@pacificlegal.org
WENCONG FA, No. 301679
E-mail: wf@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

HOWARD A. SAGASER, No. 72492
E-mail: has@sw2law.com
IAN B. WIELAND, No. 285721
E-mail: ian@sw2law.com
Sagaser, Watkins & Wieland, PC
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone:  (559) 421-7000
Facsimile:  (559) 473-1483

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities,<br><br>　　　　　Defendants. | No. 1:16-cv-00185-LJO-BAM<br><br>**DECLARATION OF VICTOR GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 23, 2016<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor<br>Judge Lawrence J. O'Neill |



Decl. of Garcia in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

I, Victor Garcia, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am currently employed by Cedar Point Nursery as a Sales Representative and a Trim Shed Manager. I have been a Sales Representative and Trim Shed Manager for the last two years. I have been employed by Cedar Point for five years.

3. My responsibilities as a Trim Shed Manager include overseeing the trimming and packing of strawberry plants. In the Trim Sheds, employees prepare these plants for packing and shipping to a variety of strawberry growers. My principal job is to enforce quality-control measures so that each package of strawberry plants meets Cedar Point's high quality standards. As a Trim Shed Manager, I normally oversee Sheds 9 through 12. In that capacity, I oversee approximately 150 to 200 persons.

5. Of the persons I oversee as a Trim Shed Manager, approximately 90% converse principally in Spanish, and 10% principally in English. I am unaware of any person who converses principally in a language other than Spanish or English. Approximately 90% of the persons I oversee possess a cellular or smartphone.

6. I regularly observe the persons I oversee as a Trim Shed Manager discussing Facebook, Instagram, and Snapchat.

7. In 2015, union organizers from the United Farm Workers of America staged disruptive protests on Cedar Point's property during the sixth week of its eight-week harvest. I was present for these protests. Although initially I was at least one-quarter mile away from the Trim Sheds, I could hear the union protesters inside. The protests were particularly disruptive, resulting in a significant work slowdown. As a result of the protests, the Trim Shed workers were only able to produce approximately 50% of what they normally could do. The protests were also dispiriting to the persons I supervise. Several of these persons left and chose not to return for the season.

///

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __28__th day of April, 2016, at ___Salinas___, California.

_____
VICTOR GARCIA

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Decl. of Garcia in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM                         - 2 -