```
 1  DAMIEN M. SCHIFF, No. 235101
    E-mail: dms@pacificlegal.org
 2  JOSHUA P. THOMPSON, No. 250955
    E-mail: jpt@pacificlegal.org
 3  CHRISTOPHER M. KIESER, No. 298486
    E-mail: cmk@pacificlegal.org
 4  WENCONG FA, No. 301679
    E-mail: wf@pacificlegal.org
 5  Pacific Legal Foundation
    930 G Street
 6  Sacramento, California 95814
    Telephone: (916) 419-7111
 7  Facsimile: (916) 419-7747

 8  HOWARD A. SAGASER, No. 72492
    E-mail: has@sw2law.com
 9  IAN B. WIELAND, No. 285721
    E-mail: ian@sw2law.com
10  Sagaser, Watkins & Wieland, PC
    7550 North Palm Avenue, Suite 100
11  Fresno, California 93711
    Telephone: (559) 421-7000
12  Facsimile: (559) 473-1483

13  Attorneys for Plaintiffs
```

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CEDAR POINT NURSERY and FOWLER PACKING CO., | No. 1:16-cv-00185-LJO-BAM |
|---|---|
| Plaintiffs, | **DECLARATION OF SCOT SANDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities, | Date: March 23, 2016<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor<br>Judge Lawrence J. O'Neill |
| Defendants. | |

Decl. of Sanders in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

I, Scot Sanders, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am currently employed by Fowler Packing Company as a ranch manager. I have held this position for twenty years. I have been employed by the Company since 1994.

3. I currently manage approximately 800 acres of farm land in Fresno County. As a ranch manager, I oversee all agricultural management decisions, including irrigation and fertilizers, as well as personnel management of the field managers, crew bosses, and farm laborers. To that end, I regularly observe field workers as they report to work, while they are working in the fields, and while they are resting or are on break.

4. The number of employees I supervise varies from season to season and year to year. On average, I supervise 125 employees in a given year.

5. Based on my recent observations, approximately 50% the employees I manage use a cellular or smart phone. I also regularly observe employees listening to Spanish language radio and discussing Facebook.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __21__th day of April, 2016, at __Fresno__, California.

_____
SCOT SANDERS

Decl. of Sanders in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM                           - 1 -