

| | |
|---|---|
| 1 | DAMIEN M. SCHIFF, No. 235101<br>E-mail: dms@pacificlegal.org |
| 2 | JOSHUA P. THOMPSON, No. 250955<br>E-mail: jpt@pacificlegal.org |
| 3 | CHRISTOPHER M. KIESER, No. 298486<br>E-mail: cmk@pacificlegal.org |
| 4 | WENCONG FA, No. 301679<br>E-mail: wf@pacificlegal.org |
| 5 | Pacific Legal Foundation |
| | 930 G Street |
| 6 | Sacramento, California 95814 |
| | Telephone: (916) 419-7111 |
| 7 | Facsimile: (916) 419-7747 |
| 8 | HOWARD A. SAGASER, No. 72492 |
| | E-mail: has@sw2law.com |
| 9 | IAN B. WIELAND, No. 285721 |
| | E-mail: ian@sw2law.com |
| 10 | Sagaser, Watkins & Wieland, PC |
| | 7550 North Palm Avenue, Suite 100 |
| 11 | Fresno, California 93711 |
| | Telephone: (559) 421-7000 |
| 12 | Facsimile: (559) 473-1483 |
| 13 | Attorneys for Plaintiffs |

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., | ) | No. 1:16-cv-00185-LJO-BAM |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF KEVIN DESORMEAUX IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | ) | |
| WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities, | ) | Date: March 23, 2016<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor<br>Judge Lawrence J. O'Neill |
| Defendants. | ) | |

Decl. of Desormeaux in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

I, Kevin Desormeaux, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. Since 2015, I have been employed by Pacific Legal Foundation as its Digital Content Manager.

3. On April 27, 2016, I accessed the following internet pages:

   a. http://campesina.net/who-we-arequien-somos/history-of-radio/

   b. http://www.ufw.org/_board.php?mode=view&b_code=news_press&b_no=1942

   c. http://www.ufw.org/_board.php?mode=view&b_code=news_press&b_no=11214

   d. http://ufw.org/

   e. https://www.facebook.com/unitedfarmworkers

4. Attached to this declaration, as Exhibits A through E, are true and correct copies of the screen shots I created of the aforementioned internet pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __28__ th day of April, 2016, at __Sacrament.__, California.

_____
KEVIN DESORMEAUX

Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
(916) 419-7111  FAX (916) 419-7747