# EXHIBIT A





HOME | AL AIRE/ON AIR | QUIEN SOMOS/WHO WE ARE | COMUNIDAD/COMMUNITY | FESTIVALS | CONTACT | SIGN IN

# Historia de Radio Campesina

Las raíces de Radio Campesina pueden ser trazadas hasta 1966 año en el que fue creado en Centro Nacional de Servicios para Campesinos Inc (NFWSC por sus siglas en inglés) a la cual pertenece. El NFWSC fue iniciado por su fundador, Cesar E. Chávez y el liderazgo de la Unión de Campesinos de Norteamérica con el apoyo del Senador Robert F. Kennedy y el visionario líder laboral, Walter Reuther, presidente de la Union de Trabajadores de la industria Automotriz. La organización si fines de lucro NFWSC fue inicial mente concebida para cubrir las necesidades de salud, culturales y socioeconómicas esenciales de los trabajadorescampesinos latinoamericanos en los Estados Unidos. Los latinos que viven en los Estados Unidos se enfrentan a retos difíciles sin importar si son recién llegados oinmigrantes de segunda o tercera generación. El NFWSC ha evolucionado para cumplir con las cambiantes necesidades de los campesinos en las comunidades latinas. Parte de la evolución fue la visión que tenia Cesar Chávez en los 60s de crear una red radialdirigida a entretener además de educar a la comunidad. Su sueño se hizo realidad a través de Radio Campesina operada por el NFWSC. La primer ardio difusora de la cadena fue KUFW 90.5FM en Visalia California; la cual iniciara transmisiones el 1ro de Mayo de 1983. En Noviembre de 1990, KNAI 88.3FM transmite por primera vez en Phoenix Arizona. Ahora existen ocho estaciones que son parte de la red Radio Campesina. Radio Campesina ha atraído a un gran número de simpatizantes que usualmente no escuchaban radio educativa de habla hispana. La red radial La Campesina es dirigida a los inmigrantes recién llegados específicamente originarios de las zonas rurales de México y Centroamérica de entre las edades de 25 a 49 años de edad con un formato culturalmente vibrante con música regional mexicana junto con programación educativa y de servicio publico de calidad. Aunque la misión de La Campesina es la radio pública se ha logrado colocar en los mejores lugares de audiencia ocupando el 1ro y 2do lugar en mercados de alto rango y con gran presencia latina compitiendo y en ocasiones pasando a estaciones comerciales y educativas en Ingles y Español. La llave el éxito de Radio Campesina ha sido el formato interactivo que combina música popular con llamadas de los radio escuchas, promociones además de las transmisiones en vivo desde eventos locales. Radio Campesina hace llegar a los escuchas noticias e información para una comunidad que ha sido crónicamente relegada de información, trayendo sus voces al aire, creando una identidad compartida y conectando al a gente de las con los recursos de ayuda disponibles. Radio Campesina presenta foros y debates al aire en asuntos clave tales como Salud, seguridad, educación, asuntos políticos y del consumidor, entrevistas con expertos de diferentes campos de servicios, noticias además de programas informativos así como programas durantelos cuales los escuchas pueden llamar y segmentos con capsulas informativas de mucho interés todo apoyado por expertos en la materia disponibles para informar en asuntos que impactan nuestras vidas. La visión de Radio Campesina continuó aún después de la muerte de Cesar Chávez en 1993 gracias al trabajo de su hijo menor, Anthony Chávez presidente de Radio Campesina Network, cadena radial que ahora aglomera a ocho estaciones en tres estados de la Unión Americana. KUFW 90.5FM Visalia California fundada en Mayo de 1983 KNAI 88.3FM, Phoenix Arizona en 1990 KMYX92.5FM Bakersfield California en Junio de 1993 KSEA 107.9FM Salinas California en Julio de1998 KRCW 96.3FMTri-Cities Washington en Agosto de 1999 KCEC 104.5FM en Yuma Arizona en marzo del 2001 A travez del uso de tecnología de satélite, computadoras, y software de audio digital, Radio Campesina transmite simultáneamente a las ocho estaciones desde los estudios centrales ubicados en Bakersfield California de 5:30 a.m. a 3:00 p.m. a partir de las 3:00 p. m. cada estación independiza su transmisión con programación local. Radio Campesina planea poner al aire la cantidad de estaciones de radio que sea necesaria para servir a los campesinos de origen latino y sus familias e todos los Estados Unidos.

# History of Radio Campesina

Radio Campesina's roots can be traced to 1966 the year in which the National Farmers Service Center Inc. (NFWSC for its acronym in English) was created. The NFWSC was started by its founder, Cesar Chavez and the leadership of the United Farm Workers of America with the support of Senator Robert F. Kennedy and the visionary labor leader Walter Reuther, president of the Union of Workers in the Automotive industry . The non-profit organization, NFWSC initial mind was designed to meet the health needs, cultural and socioeconomic essential to improve Latin American farm workers in the United States. Latinos living in the United States were facing tough challenges whether they were immigrants of the second or third generation. The NFWSC has evolved to meet the changing needs of farmers in Latino communities. Part of the development was the vision Cesar Chavez in the 60s to create an idea of radio besides entertaining but also educating the community network. His dream came through Radio Campesina operated by NFWSC. The first chain diffusing it burned down (KUFW 90.5FM) in Visalia California; which began broadcasting on May 1, 1983. In November 1990, 88.3FM KNAI transmitted first in Phoenix Arizona. Today, there are eight stations that make up the Radio Campesina Network. Radio Campesina has attracted a large number of supporters who do not normally tune into educational Spanish-language radio. The radio network La Campesina is directed at recent immigrants specifically originating in rural areas of Mexico and Central America between the ages of 25 to 49 years old with a culturally vibrant format with regional Mexican music along with educational programming and public service quality. Although the mission is a public broadcast format Radio Campesina has been successfully placed in the best locations of audience occupying the 1st and 2nd place in markets of high rank and with large Latino presence competing and sometimes passing commercial and educational stations in English and Spanish. The key to the success of Radio Campesina has been interactive format that combines popular music with calls from listeners, on the street promotional activations as well as live broadcasts from local events. Radio Campesina listeners obtain news and information through innovative community programming, bringing their voices to the air, creating a shared identity and connecting people to the resources available in their markets. Radio Campesina has air forums and debates on key issues such as health, security, education, political and consumer affairs, interviews with experts from different fields of services, plus news and information programs which listeners can participate in through in studio calls. Radio Campesina also programs informative capsules with much interest on key issues all supported by subject matter experts available to report the impact on the lives of listeners. Radio Campesina's vision continued after the death of Cesar Chavez in 1993 through the work of his son, Paul Chavez president of Radio Campesina Network, which has expanded the network to eight stations in three states of the American Union. KUFW 90.5FM Visalia California founded in May 1983 KNAI 88.3FM, Phoenix Arizona in 1990 KMYX92.5FM Bakersfield California in June 1993 KSEA 107.9FM Salinas California in July, 1998 KRCW 96.3FM Tri-Cities Washington in August 1999 in Yuma KCEC 104.5FM Arizona in March 2001 through the use of satellite technology, computers, and digital audio software, Radio Campesina transmits simultaneously to eight stations from the Network which was relocated to Phoenix in 2011 from 5:30 am to 3:00 pm from 3:00 p.m. each independent transmission station with local programming. Radio Campesina plans to continue expanding throughout the United Stated, in 2014 the network will be launching (KPHH) Fresno.

## Sidebar

🎧 ESCUCHA EN VIVO



**Click On a DJ**

- KNAI 88.3 Phoenix AZ
- KCEC 104.5 Yuma AZ
- KRCW 96.3 Tri-Cities WA
- KMYX 92.5 Bakersfield CA
- KSEA 107.9 Salinas CA
- KUFW 90.5 Visalia CA

HAZTE MIEMBRO Y OBTÉN
¡GRANDES AHORROS!
EN DENTISTAS Y ÓPTICAS DE PHOENIX

El Chavo PLAN
Dental & Visión

¡LLAMA HOY!
(844) EL CHAVO
o visita ElChavoPlan.com

This is Not Insurance
Este plan no es un seguro

El Chavo ® 1971-2015
www.chespirito.com

## Footer

| | | |
|---|---|---|
| Cesar Chavez Foundation | UFW Foundation | Advertising |
| Careers | Affordable Housing | Contact Us |
| Community | Si Se Puede Learning | EEO Public File |

1440 E Washington St. Phoenix, AZ 85034 Office: (602)269-3121 "La Estación del Pueblo y Para El Pueblo"
Todos los derechos reservados © 2015 Communications Fund l The Cesar Chavez Foundation