# EXHIBIT D



### Hot Issue



**Ventura County Star (CA): UFW wins election to represent 240 farm workers at local companies**

nited Farm Workers won an election Wednesday to represent 240 farm workers at Ventura County vegetable and nursery companies, officials said. Workers at Hiji Bros., Inc. and Seaview Growers Inc., both based in Oxnard,...

| Take Action | Key Campaigns | Latest News | Press Releases | MORE ▶ |

- Sign the Pledge: CA farm workers deserve the same overtime as other workers
- Two years?! You gotta be kidding!
- Why did Gerawan immediately send peach workers back to work after the Feb 22 pesticide incident?
- Another dairy worker drowns in a manure lagoon in less than a year. Won't you help stop these tragedies?
- Come be a part of history on Thursday, March 17, 2016 -- Attend the commemoration event for the 50th anniversary of the 340-mile march from Delano to Sacramento

### Tweets by @UFWupdates

 **United Farm Workers** @UFWupdates
Deadline extended 'til Monday for "Companero" listing the UFW convention book @... fb.me/7QeqLTcZE

 

 **United Farm Workers** @UFWupdates
Thank you to United Farm Workers and our contract with my company I have a pension plan that makes me feel

Embed                                                         View on Twitter










Copyright (c) 2016 United Farm Workers All rights reserved. | Privacy Policy | Design by SolLink