# EXHIBIT E





facebook Sign Up

Email or Phone Password Log In
Having trouble?

UFW
is on Facebook.

To connect with UFW, sign up for Facebook today.

Sign Up Log In

Create Page

Timeline About Photos Likes More ▾

PEOPLE

75,555

ABOUT

http://www.ufw.org/

NOTES

UFW wins election to represent 240 farm workers…

Farm labor board rules Gerawan guilty of 'extensiv…

11 a.m. Sunday in Delano: Farm workers march to…

APPS

Donate to our cause

Donate Your Status

Pinterest

PHOTOS

**UFW**

Next time you eat a sweet juicy mandarin orange think of Eulogio and his crew who are hard at work in the harvest. #WeFeedYou/La próxima vez que coma una mandarina dulce y jugosa, recuerde a Eulogio y su equipo que están trabajando arduamente cosechándola.#WeFeedYou/

Share

Lynch Jose, Amy Nevarez, Marcella Deras and 228 others like this. Top Comments ▾

32 shares

**Kathryn Perkins** WeFeedYou And I am so grateful! I'm glad that there is a union for you! I weep for the exploited workers who are not yet so fortunate as to have a union. BoycottDriscolls SINDJA

**Elaine A Lowell** Thank you Eulogio!! We buy them all through the season.

View 6 more comments

**UFW**

La Jornada @ Lanzan campaña contra trata de jornaleros en EU @ http://www.jornada.unam.mx/.../lanzan-campana-contra-trata-de…

Lanzan campaña contra trata de jornaleros en EU — La Jornada

VIDEOS

VISITOR POSTS

**Jesús García**

Uva para el vino Fresno ca

Like  Comment  Share          3 Likes

**Jesús García**

Un desaije de durazno !!! Mucho Ke tirar de los árboles

Like  Comment  Share          1 Like

**Cynthia Ochoa**

Like  Comment  Share

PEOPLE ALSO LIKE

**Dolores Huerta Foundation**

**Latino Community Foundation**

**National Council of La Raza**

LIKED BY THIS PAGE

El sindicato estadunidense United Farm Workers y el Consejo Ciudadano de la Ciudad de México acordaron trabajar juntos.

Share

Vincent Ramos Sr., Angelito Lechuga, Mary L Aleman and 27 others like this.

1 share

**UFW**

Deadline extended 'til Monday for "Companero" listing the UFW convention book @ https://secure.ufw.org/page/contribute/convbook2016

### Deadline extended 'til Monday for "Companero" listing the UFW convention book

On May 20th - 22nd, hundreds of farm workers will come together for the UFW's 20th Constitutional...

Share

Cale Corley Jr., Christopher Stephan, Ruben Rodriguez and 21 others like this.          Top Comments

11 shares

**Jerry Ryan** Just signed up My Brother - Tnx !

**Yazzy Lopez** Me encantaria ir!!

**UFW**

Thank you to United Farm Workers and our contract with my company I have a pension plan that makes me feel more valuable into my farm worker labor. Si Se Puede! -- Manuel Viramontes, Gallo of Sonoma tractor driver, www.ufw.org/ul #WeFeedYou

Share

Gladys Sanchez, BigMike Hernandez, Lilia H Torres and 209 others like this.          Top Comments

35 shares

**Thomas Beltran** That is way Unions are so important. Congratulations to all

**Gus Gallegos**

 **Cesar's Last Fast**

 **Change to Win**

 **Cesar Chavez Foundation**

**Places**   Keene, California

Español  Français (France)
Português (Brasil)  Deutsch  Italiano



👍 1

View 2 more comments

 **UFW**

Before strawberry plants are transplanted to grow into fruit bearing plants... the right strawberry plant varieties must be first bred at a nursery such as the one in this video in Northern California. It's hard and repetitive work.#WeFeedYou. / Antes de que las plantas de fresa sean trasplantadas para que puedan crecer en plantas que den fruta, las variedades de fresa primero son seleccionadas en nerserias como en este video en el Norte de California. Es trabajo duro y repetitivo. #WeFeedYou.



Share

Javier Garza, Ariana Alvarado, Celina Feliscian and 302 others like this.   Top Comments ▾

75 shares

 **Nora Jasso Anaya** How I miss those days, as young kids we had a blast with the Ochoa family, don't know how much I would enjoy it now that I'm older but if it was the Ochoa 's I think I still would !

 **Monica Gonzalez** You know i planted picked sold strawberries watsonville castroville las lomas and corllitos but sold tgem all over the bay area in farmers markets it was hard work but i enjoyed it very much

View 4 more comments

 **UFW**   video

Ever wonder how asparagus is harvested? #WeFeedYou/Alguna vez se ha preguntado cómo se cosechan los espárragos? #WeFeedYou



Ever wonder how asparagus is harvested? Watch this video that was sent to us from the Stockton area and give a shout out to the workers who are bent over all da...

See More

Share

Gilbert Mata, Miriam Galaviz, Rogelio Mulgado and 1,138 others like this. Top Comments

 **Antonio Rangel** My mom was a Chavez Union Member (UFW) for 25 years - after having had 12 children. She worked the fields picking asparagus to lettuce to cauliflower from Hollister to Soledad...I went out to work with her once (after I got out of the Army, circa 1975 but I didn't even last an hour) - Bless Her and praise the UFW...

👍 23

↳ 1 Reply

 **Rebecca Orozco** Wow! I did not think it was grown in the ground! Idk where i thought it came from but definitely not the ground. Awesome. Amazing job and kudos to those workers who can bend over all day long! Thank you!!

👍 7

View more comments

 **UFW**           **UFW President**
Arturo S Rodriguez at MAFO   📍 Austin, Texas

UFW President Arturo S Rodriguez speaks at MAFO - a national farm worker conference



Share

Maria Baro, Angel Rodriguez, Jose Martinez and 87 others like this. Top Comments

2 shares



 **David Román Gaxiola** FeeltheBern UFWFeelTheBern QueVivaElRucoBernie Vivalahuelga Supporters of the UFW and the Chavista Movement are upset at the fact that UFW chose to endorse Hillary Clinton. Que lastima. SMH

**UFW**

In Madera on Sunday? Join the UFW's May Day March on Sunday, May 1 @ 1:30 pm at McNally Park located at A & 12th



Share

Andres Leon-Jimenez, Gloria Mendez, Mayra Emilia Beltran-Duque and 137 others like this. Top Comments

57 shares

 **Gloria Mendez** Si se puede!!!!

 **UFW**

Thanks Juan for sending us these pictures of you and your co-workers thinning the peaches #WeFeedYou / Juan, gracias por enviarnos estas fotos tuyas con tus compañeros de trabajo en el deshije del durazno #WeFeedYou



Share

Rosie Rodriguez Vaquera, Francisco Romo, Lucy Salmeron and 226 others like this. Top Comments

30 shares

 **Silvia Sandoval** Este trabajo es muy pesado no cualquiera lo hace veo a tanta gente pidiendo dinero para comer y me pregunto porque no van y trabajan en el campo y se dejan de guevonadas sera que solo los hispanos sabemos trabajar duro dios los bendiga si no fuera por ustedes no tendriamos frutas ni vegetales para comer gracias

**Yoseph Enderle** i need to prune one of my white flesh peach trees

↳ 2 Replies


**UFW**  2 new photos

Sunday May 1 in WA: Join us and march...

The UFW is proud to team up with the May 1st Coalition Yakima Valley and invite you a historic sunrise-to-sunset march from Granger to Yakima. Recreating the historic march of 1986 led by Cesar Chavez advocating for workers' rights and immigration reform, participants will march from Radio KDNA to Yakima, in segments, stopping in Toppenish and Wapato.

"This march is in honor of the dignity of all workers and immigrants in the Yakima Va... See More



Mayra Emilia Beltran-Duque, Lorena A Hernandez, Rodriguez Martin and 18 others like this.   Top Comments ▾

1 share


**David Román Gaxiola**  FeeltheBern  UFWFeelTheBern  QueVivaElRucoBernie  Vivalahuelga Supporters of the UFW and the Chavista Movement are upset at the fact that UFW chose to endorse Hillary Clinton. Que lastima.  SMH


**UFW**  Repórtalo. No abusos a jornaleros agrícolas.  photo

El Consejo Ciudadano Mx, CECIG y el UFW firman convenio para trabajar en conjunto parta proteger a l@s sobrevivientes, prevenir la victimización y combatir las redes de tráfico de personas en los Estados Unidos y México.



**Repórtalo. No abusos a jornaleros agrícolas.**

El Consejo Ciudadano Mx, CECIG y el UFW unen recursos materiales y humanos, con el fin de lograr un desarrollo conjunto de actividades de prevención del delito ...

See More

Share

Mayela Blanco, Rodriguez Martin, Rosie Rodriguez Vaquera and 35 others like this.

 **UFW**

Ever wonder how that almond milk you are drinking is harvested? Juan just sent us this video from the almond harvest in Madera CA. Thanks for all your hard work Juan. #WeFeedYou/¿Alguna vez se ha preguntado cómo se cosecha la leche de almendras que está bebiendo? Juan nos acaba de enviar este video de la cosecha de almendra en Madera CA. Gracias por todo su arduo trabajo Juan. #WeFeedYou



Share

Laney Bear, Kary Marroquim, Henry Jerez and 714 others like this.    Top Comments ▾

238 shares

**Rene Lopez** Question??
In in farming of agriculture ( farming almond n walnuts)
When is overtime considered???... See More

↳ View previous replies

 **UFW** It isn't fair and that is exactly why we are trying to change it.
👍 1

↳ View more replies

**Marcela Rodriguez** Mis respectos por su trabajo gracias a todos lis que trabajan en el campo donde quiera que estén bendiciones para todos
👍 1

View 25 more comments

 **UFW**

UFW pensioner Rigoberto Gomez and UFW leader Salvador Huerta thanked Senator Hannah-Beth Jackson after she announced her support for Overtime in the fields at the Oxnard Cesar Chavez March. #WeFeedYou



Share

Rodriguez Martin, Roberto Garcia, Noemi Murillo and 342 others like this. Top Comments ▾

37 shares

 **Bex Finken-Hernández** Órale! Y que están haciendo para apoyar los trabajadores de Driscoll?

 **UFW**

A farm worker just shared this video with us. He told us, "look how we work in Tanimura harvesting romaine lettuce hearts in the rain and they don't even give you equipment. #WeFeedYou / Un campesino acaba de compartir este video con nosotros. El compartió con nosotros, miren como se trabaja en Tanimura en la romana bajo el agua y ni equipo te dan. #WeFeedYou



Share

Javier Garza, MaryJane Miller Shakur, Arnold Bahena and 770 others like this. Top Comments ▾

364 shares

 **Michelle Phillips** I would like to see all those that claim immigrants are taking their jobs do one day of this back breaking work.
👍 78
↳ 3 Replies

 **Borrego Perez** Eso esta cabron , pero como sea hay que chingarle a todo lo que se puede , mis respetos para Esos amigos ,
👍 13

View 43 more comments

 **UFW**    Cassandra Aguirre   post

Thank you Cassandra Aguirre for letting us share your post with our readers. Does anyone else have a story like this that they'd like to share?

   



**Cassandra Aguirre**

No tengo las palabras para expresar lo que Cesar Chavez y la UFW significan para mi familia y para mi. Aquellos que me conocen bien, saben que César siempre ha...

See More

Oshtemo Fernandez, StevieRay Vargas, Angela Sosa and 216 others like this.

 **UFW**

Do you remember where you were when you heard Cesar Chavez had passed or have a story and/or photos of his funeral that you want to share with our community? Please share them in the comments below.



Share

Art Cordova, Melisa Licon, Arturo Bugarin and 76 others like this.    Top Comments ▼

26 shares

 **Jocelyn Sherman** This is how I heard about Cesar's passing. I was on staff and had just came back from taking the cancer cluster kids to Disneyland. A supporter had contacted us about paying for it & I had kept putting it off as I thought I had work to do,--that is unt.... See More

👍 2

**Dolores Nunez** Yes, I remember I was at the store with my mother, I do not remember for with, my mother was crying. My grandfather and my mother they went to the funeral and my grandfather got to sit with the family of Cesar Chavez and Dolores too.My mother and her friend when on the march.

View 4 more comments

 **UFW**

When you go to the supermarket you might see the Monterey Mushrooms label. But did you know how mushrooms are harvested? Or that Monterey Mushroom workers enjoy a union contract with great benefits? Some pickers earn between $45,000 and $48,000 per year and have a great benefit package through their UFW contract including medical, dental, vision for their entire family, paid holidays, paid vacation and much more.

Monterey Mushrooms is the industry leader in mushrooms through ...
See More



Share

Gabriela Rios, Javier Garza, Ruben Castellano and 655 others like this.

Top Comments ▾

239 shares

**Mart Castaneda** Gracias, Monterey Mushrooms for your acceptance of the Union for your workers! I will PATRONIZE your products! La UNION es la FUERZA!

 4

 **Tony Castillo** Great Union. Workers don't depend on Goverment asisstance, good wages and benefits. Plus our taxes don't support them. Great Job UFW.

View 16 more comments

**UFW** Abby Rivera

Today marks the 23rd anniversary of Cesar Chavez' passing. He has influenced so many. We'd love it if you would share your memories of Cesar with us or share something you learned from him that has influenced you. Viva Cesar Chavez! / Hoy se cumple el 23 aniversario de la muerte de César Chávez. Él ha influido en muchos. Nos encantaría si pudiera compartir sus recuerdos de César con nosotros, o compartir algo que haya aprendido de él y lo que haya influido. ¡Viva Cesar Chávez!



Share

Top Comments ▾

Rodriguez Martin, Said Mahdavi, Debrina Dante and 716 others like this.

251 shares


**Jocelyn Sherman** I was very lucky. Cesar was a mentor and a good friend to me. I met him first when I was a little kid in NYC and my mom dragged me to grape boycott meetings. But I really met him as an adult when I joined the UFW staff and was lucky enough to have him .... See More

 9


**Roberto Bustos** I will always remember that day! Me on the right with red cap I was one of the original striker Huelgista who carry him to his resting place! Cesar Chavez was my organizer, mentor, friend, my best amigo he open my eyes to all the injustices and show me how to defend myself and help others! To this day I continue my teaching! Roberto, EL Capitan!

 7

↳ 1 Reply

View 34 more comments

 **UFW**

. Mi nombre es Raúl Esparza de La Paz, y soy el secretario general de la junta del trabajador en BNW. De hecho, tengo 16 años trabajando para BNW (Beef Northwest) como un alimentador y bajo un contrato de la unión. En julio del 2015 cumplí 7 años. Este pasado julio de 2015, renegociamos nuestro contrato, con el cual hemos ido mejorando nuestros beneficios, tales como:

a. Aumentos salariales
b. Un bono de $2,000 en el 1er año
c. Hemos aumentado las horas de vacaciones por 10 .... See More



Share

UFW, Jose Tapia, Rodriguez Martin and 212 others like this.      Top Comments ▾

25 shares

 **Maria Ofelia Perez** Keep up the good work.

 **Roman Pinal** Si se Puede!

 **UFW**

Mark the anniversary of Cesar's passing by being listed in the UFW convention book @
https://secure.ufw.org/page/contribute/cecconventionbook

> On the anniversary of Cesar's passing ....
>
> Today, April 23 is the 23rd anniversary of Cesar Chavez' passing. It was my privilege to work by his side the last 20 years of his life. Now, as always, I...



Share

Rodriguez Martin, Socorro Enriquez, Marc Grossman and 23 others like this.

11 shares