1 | DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
2 | JOSHUA P. THOMPSON, No. 250955
E-mail: jpt@pacificlegal.org
3 | CHRISTOPHER M. KIESER, No. 298486
E-mail: cmk@pacificlegal.org
4 | WENCONG FA, No. 301679
E-mail: wf@pacificlegal.org
5 | Pacific Legal Foundation
930 G Street
6 | Sacramento, California 95814
Telephone: (916) 419-7111
7 | Facsimile: (916) 419-7747

8 | HOWARD A. SAGASER, No. 72492
E-mail: has@sw2law.com
9 | IAN B. WIELAND, No. 285721
E-mail: ian@sw2law.com
10 | Sagaser, Watkins & Wieland, PC
7550 North Palm Avenue, Suite 100
11 | Fresno, California 93711
Telephone: (559) 421-7000
12 | Facsimile: (559) 473-1483

13 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO.,<br><br>           Plaintiffs,<br><br>     v.<br><br>WILLIAM B. GOULD IV, GENEVIEVE SHIROMA, CATHRYN RIVERA-HERNANDEZ, AND J. ANTONIO BARBOSA, members of the Agricultural Labor Relations Board in their official capacities,<br><br>           Defendants. | No. 1:16-cv-00185-LJO-BAM<br><br>**DECLARATION OF CHRIS RODRIQUEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 23, 2016<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor<br>Judge Lawrence J. O'Neill |

Decl. of Rodriquez in Support of Mot. for Prelim. Inj.
No. 1:16-cv-00185-LJO-BAM

I, Chris Rodriquez, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. Since 2010, I have been employed by Fowler Packing Company as its Human Resources Director. Immediately prior to my employment at Fowler, I worked for approximately 12 years at VPS Companies, a frozen food processor. During my time at VPS Companies, I served as the Director of Human Resources and then as the Vice President of Human Resources.

3. My responsibilities as the Human Resources Director for Fowler include: establishing employment policies and procedures and overseeing their implementation; ensuring compliance with employment, safety, and related laws and regulations; and handling employee conflict resolution.

4. Since 2010, I also have served as the Human Resources Director for Ag Force, a farm labor contracting company. Fowler uses Ag Force to provide labor for Fowler's field operations. My responsibilities for Ag Force are substantially similar to my responsibilities for Fowler.

5. Through Ag Force, Fowler employs approximately 1800 to 2500 persons for Fowler's field operations. Further, Fowler employs approximately 500 persons in its production facilities, as well as approximately 250 additional persons in administrative and field operations. Approximately 99% of the persons Fowler employs through Ag Force for Fowler's field operations speak Spanish. The remaining approximately 1% are able to communicate only through indigenous languages.

6. I am familiar with the Access Regulation that is challenged in this action.

7. The access granted to union representatives by the Access Regulation hurts Fowler in numerous situations. For example, the Access Regulation raises serious health and safety concerns. The risk to consumers of food-borne human microbial disease is a subject of increasing attention and regulation throughout the agricultural industry. Fowler has in place a food defense policy based on the risks associated with the operation and the demands of its customers. These

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111  FAX (916) 419-7747

food defense risks require the training of Fowler's own personnel on safe handling practices on and around the product. That is especially so with respect to Fowler's production of table grapes, which are picked and immediately packed for shipment to vendors and customers. Confirmed finds of human microbial diseases can trigger recalls, public health press releases, product seizure, court-ordered legal actions, and even criminal prosecution. The Access Regulation allows persons to come on to the property near sensitive products who have no reason to be trained in or to be aware of the protocols required by Folwer's food defense policy. Fowler's field workers typically congregate near open-faced tubs of grapes during their breaks and meal periods. Consequently, union representatives naturally position themselves in this sensitive zone to be able to speak with employees. A union representative could easily contaminate this zone if the representative had an unprotected open cut or wound, was not properly dressed with protective clothing, or had a viral condition, such as the common cold, influenza, mononucleosis, or hepatitis. Such contamination would pose a substantial risk to Fowler as a legal and business matter, and to its vendors and customers, as a safety matter. In contrast, these risks are minimized by Fowler's employees, who must use aprons to cover their street clothes when packing, and who are not allowed to work if they exhibit symptoms of infection.

        8.     Fowler goes to great lengths to comply with sanitation and food safety protocols required to meet the auditing standards of the Global Food Safety Initiative, an industry-driven global collaborative effort to advance food safety. To that end, Fowler is subject to random audits by Primus Labs and other third-party food safety organizations that are requested by our national customers, including Costco, Kroger, and Wal Mart. (Attached to this Declaration as Exhibit A is a true and correct copy of Primus Labs' food safety management system requirements checklist, and as Exhibit B a true and correct copy of Primus Labs' good agricultural practices requirements checklist). Should any union representatives or other non-trained persons be present when an audit takes place, it is very likely that Fowler would fail the audit and be downgraded. Even without an audit occurring while union representatives are present, the mere fact that untrained personnel were in the fields at any time would have to be reported in Fowler's daily report which eventually becomes part of its food safety audit.

9. The Access Regulation also hurts Fowler's and its employees' productivity. The practice of union representatives has been to gain access to Fowler's property during the employees' meal period, which generally is around 10 or 10:30 in the morning. Frequently, Fowler's employees do not eat their lunches during the union presentations in the fields. Following these presentations, the employees often ask their crew bosses for additional time to eat their lunch. As a courtesy to these employees, Fowler grants these requests. Consequently, Fowler and its employees lose time that could otherwise be spent harvesting fruit. That lost time is significant for employees, who are compensated on a piece-rate basis. It also is significant for Fowler, given that crops such as table grapes are very perishable. Such delays in the period from picking to packing result in the otherwise avoidable destruction of fruit.

10. The Access Regulation also hurts Fowler's goodwill and reputation. Fowler has worked hard to maintain good employee relations by implementing multiple channels for employees to communicate with management and human resources. For example, in 2013 Fowler established a toll-free hotline (855-884-3602) for employees to report anonymously any problems or concerns with their work, coworkers, supervisors, or other issues. Fowler provides each employee a laminated business card that contains the hotline information. Many Fowler employees have spoken to me voluntarily and without prompting about how much they value this hotline. Also, two full-time Field and Human Resources liaisons are available throughout the workday, every day, to listen to employees and then if necessary to take action based on what the employees relate. The Access Regulation threatens the goodwill that Fowler has tried to maintain with its employees. When union representatives come on to the property, the perception among Fowler's employees is that the company must be a wrongdoer. A similar impression is created among Fowler's vendors and customers, making it less likely that they will continue to do business with Fowler.

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111  FAX (916) 419-7747

1     I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2 __28__ th day of April, 2016, at __Fresno__, ~~California.~~

                                                                      */s/ Chris Rodriquez*
                                                                        CHRIS RODRIQUEZ

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747