# EXHIBIT A

# PrimusGFS - Checklist - v2.1-2

This Module should be completed only once for the entire audit. It is common for all the operations in the scope of the application done by the organization.

## Module 1 - FSMS   (Sections 1.01 to 1.08)
## Food Safety Management System Requirements

| Section | Q # | Question | Total Points | Expectations |
|---|---|---|---|---|
| Management System | 1.01.01 | Is there a Food Safety Manual or other documented food safety management system covering the scope of business included in this audit and procedures/instructions for all food safety processes? | 5 | |
| Management System | 1.01.02 | Is there a documented food safety policy detailing the company's commitment to food safety? | 5 | |
| Management System | 1.01.03 | Is there an organizational chart of all workers who have food safety related activities? | 3 | |
| Management System | 1.01.04 | Is there a food safety committee and are there logs of food safety meetings with topics covered and attendees? | 5 | |
| Management System | 1.01.05 | Is there documented management verification of the entire food safety management system at least every 12 months? | 5 | |
| Management System | 1.01.06 | Is there a documented analysis detailing resources required to implement and improve the food safety management system processes with documented commitment from management to provide these resources? | 5 | |
| | | | | |
| Control of Documents and Records | 1.02.01 | Is there a written document control procedure describing how documents will be maintained, updated and replaced? | 3 | |
| Control of Documents and Records | 1.02.02 | Are all records stored for a minimum period of 12 months or for at least the shelf life of product if greater than a year? | 5 | |
| Control of Documents and Records | 1.02.03 | Are food safety related documents and records stored and handled in a secured manner? | 3 | |
| Control of Documents and Records | 1.02.04 | Are the records maintained in an organized and retrievable manner? | 3 | |
| | | | | |
| Procedures and Corrective Actions | 1.03.01 | Are there documented instructions for the creation of Standard Operating Procedures? | 5 | |
| Procedures and Corrective Actions | 1.03.02 | Are the written procedures available to relevant users and is a master copy maintained in a central file? | 5 | |
| Procedures and Corrective Actions | 1.03.03 | Is there a corrective action procedure that describes the requirements for handling deficiencies affecting food safety and prevention of future occurrences? | 5 | |

### Module 1 - FSMS   (Sections 1.01 to 1.08)
### Food Safety Management System Requirements

| Section | Q # | Question | Total Points | Expectations |
|---|---|---|---|---|
| Procedures and Corrective Actions | 1.03.04 | Is there a daily incidents report, sometimes called a Notice(s) of Unusual Occurrence and Corrective Actions Log (NUOCA) ? | 5 | |
| | | | | |
| Internal and external inspections | 1.04.01 | Is there documented program for internal audits to be performed at the operations, covering all processes impacting food safety and the related documents and records? | 3 | |
| Internal and external inspections | 1.04.02 | Are there written procedures for handling regulatory inspections? | 3 | |
| Internal and external inspections | 1.04.03 | Are there records of regulatory inspections and/or contracted inspections, company responses and corrective actions, if any? | 5 | |
| Internal and external inspections | 1.04.04 | Are there documented calibration procedures for measuring and monitoring devices used in the operations that are related to the safety of the product? | 10 | |
| | | | | |
| Rejection and release of product | 1.05.01 | Is there a written procedure for handling on hold or rejected products? | 5 | |
| Rejection and release of product | 1.05.02 | Are there records of the handling of on hold or rejected products kept on file? | 5 | |
| Rejection and release of product | 1.05.03 | Is there a documented product release procedure available? | 5 | |
| Rejection and release of product | 1.05.04 | Are there records of product releases kept on file? | 5 | |
| Rejection and release of product | 1.05.05 | Is there a documented system for dealing with customer and buyer food safety complaints/feedback along with records and company responses, including corrective actions? | 10 | |
| | | | | |
| Supplier Control | 1.06.01 | Are there current written food safety related specifications for all raw products, ingredients, materials and services purchased? | 5 | |
| Supplier Control | 1.06.02 | Is there a written procedure detailing how suppliers are evaluated, approved and monitored? | 5 | |
| Supplier Control | 1.06.03 | Is there a list of approved suppliers? | 5 | |
| Supplier Control | 1.06.04 | Does the organization have documented evidence to ensure that all products, ingredients or materials and services suppliers comply with the approval requirements and that they are being monitored as defined in the procedure? | 15 | |

## Module 1 - FSMS   (Sections 1.01 to 1.08)
## Food Safety Management System Requirements

| Section | Q # | Question | Total Points | Expectations |
|---|---|---|---|---|
| Supplier Control | 1.06.05 | If the organization is outsourcing any processes that may affect food safety, are there control procedures over such processes? | 15 | |
| Supplier Control | 1.06.06 | If tests and/or analysis within scope to food safety are performed by external laboratories, are they licensed/accredited (e.g. ISO 17025 or equivalent, National Regulations, State Department, etc.)? | 5 | |
| | | | | |
| Traceability and Recall | 1.07.01 | Is there a document that indicates how the company product tracking system works, thereby enabling trace back and trace forward to occur in the event of a potential recall issue? | 10 | |
| Traceability and Recall | 1.07.02 | Does the organization have a documented recall program including procedures, recall team roles and contact details, external contact listings and explanation of different recall classes? | 15 | |
| Traceability and Recall | 1.07.03 | Is testing of recall procedures (including trace back) performed and documented at least every six months? Can the company identify where affected product was sent? | 10 | |
| | | | | |
| Food Defense | 1.08.01 | Does the company have a documented food defense policy based on the risks associated with the operation? | 5 | |
| Food Security | 1.08.02 | Is there a current list of emergency contact phone numbers for management, law enforcement and appropriate regulatory agencies? | 3 | |
| Food Security | 1.08.03 | Are visitors to the company operations required to adhere to food defense policies? | 3 | |