# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., | 1:16-cv-00185-LJO-BAM |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | |
| WILLIAM B. GOULD IV, *et al.*, | |
| Defendants. | |

On June 29, 2016, the Court granted Defendants' motion to dismiss Plaintiff's claims pursuant to Rule 12(b)(6). Doc. 21. Plaintiffs were granted leave to amend their claims and the deadline for amendment was set for fourteen days later, or July 13, 2016. *Id.* The deadline has since passed and the Court has not received an amended complaint. Accordingly, the Court ORDERS this case to be dismissed with prejudice.

The clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __**July 18, 2016**__          __/s/ Lawrence J. O'Neill__
                                    UNITED STATES CHIEF DISTRICT JUDGE

1