DAMIEN M. SCHIFF, No. 235101
Email: dschiff@pacificlegal.org
JOSHUA P. THOMSON, No. 250955
Email: jthompson@pacificlegal.org
CHRISTOPHER M. KIESER, No. 298486
Email: ckieser@pacificlegal.org
WENCONG FA, No. 301679
Email: wfa@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

HOWARD A. SAGASER, No. 72492
Email: has@sw2law.com
IAN B. WIELAND, No. 285721
Email: ian@sw2law.com
Sagaser, Watkins & Wieland, PC
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO.,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>VICTORIA HASSID, in her official capacity as Chair of the Agricultural Labor Relations Board; et al.,<br>                                        Defendants | No. 1:16-cv-00185-NONE-BAM<br><br>**JOINT STATUS REPORT** |

On July 26, 2021, this Court issued a minute order directing the parties to file, by August 9, a joint status report laying out their respective positions regarding the scheduling of further proceedings in light of the Supreme Court's decision in this case. Counsel for the parties conferred and are working towards a stipulated judgment in this case. The parties plan on filing the stipulated judgment or a joint status report by September 10, 2021.

DATED: August 6, 2021.

DAMIEN M. SCHIFF
JOSHUA P. THOMPSON
CHRISTOPHER M. KIESER
WENCONG FA
HOWARD A. SAGASER
IAN B. WIELAND

By  /s/ Wencong Fa
     WENCONG FA

*Counsel for Plaintiffs*

DATED: August 6, 2021.

 /s/ Matthew Wise (as authorized on Aug. 6, 2021)
R. MATTHEW WISE
Deputy Attorney General

*Counsel for Defendants*