DAMIEN M. SCHIFF, No. 235101
Email: dschiff@pacificlegal.org
JOSHUA P. THOMSON, No. 250955
Email: jthompson@pacificlegal.org
CHRISTOPHER M. KIESER, No. 298486
Email: ckieser@pacificlegal.org
WENCONG FA, No. 301679
Email: wfa@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

HOWARD A. SAGASER, No. 72492
Email: has@sw2law.com
IAN B. WIELAND, No. 285721
Email: ian@sw2law.com
Sagaser, Watkins & Wieland, PC
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO.,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA HASSID, in her official capacity as Chair of the Agricultural Labor Relations Board; et al.,<br><br>Defendants | No. 1:16-cv-00185-NONE-BAM<br><br>**JOINT MOTION TO ENTER FINAL JUDGMENT AFTER REMAND, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION** |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE THAT on September 30, 2021, at 1:30 p.m., or as soon |
| 3 | thereafter as the matter may be heard, in Judge O'Neill's former courtroom, |
| 4 | Courtroom #4 on the 7th Floor at 2500 Tulare Street in Fresno, California, the Parties |
| 5 | will and hereby do move this Court to enter the [Proposed] Final Judgment After |
| 6 | Remand, Declaratory Judgment, and Permanent Injunction attached as "Exhibit A" |
| 7 | to this motion. |
| 8 | This motion is based on this Notice of Motion, the accompanying Memorandum |
| 9 | of Points and Authorities, the accompanying [Proposed] Final Judgment After |
| 10 | Remand, Declaratory Judgment, and Permanent Injunction, the papers and pleadings |
| 11 | filed in this action, and such matters as may be presented to the Court at or before |
| 12 | the time of the hearing. |
| 13 | Although the Parties have filed this request as a noticed motion in accordance |
| 14 | with Local Rule 230, the Parties do not require a hearing on this joint motion. |
| 15 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 16 | Following the Supreme Court's decision in *Cedar Point Nursery v. Hassid*, 594 |
| 17 | U.S. __, 141 S. Ct. 2063 (2021), and the August 4, 2021 order of the United States |
| 18 | Court of Appeals for the Ninth Circuit reversing this Court's judgment of dismissal of |
| 19 | Plaintiffs' Fifth Amendment claim and remanding the case for further proceedings, |
| 20 | *Cedar Point Nursery v. Hassid*, No. 16-16321, ECF No. 35 (9th Cir. Aug. 4, 2021), the |
| 21 | Parties conferred about the terms of a proposed final judgment in this action. |
| 22 | The parties agree that entry of a final judgment is appropriate and have |
| 23 | conferred about the language of the [Proposed] Final Judgment After Remand, |
| 24 | Declaratory Judgment, and Permanent Injunction. The injunction enjoins Defendants |
| 25 | from enforcing California Code of Regulations, Title 8, § 20900(e) against Plaintiffs, |
| 26 | absent payment of just compensation. The Parties jointly request that the Court enter |
| 27 | the [Proposed] Final Judgment After Remand, Declaratory Judgment, and Permanent |
| 28 | Injunction attached hereto as "Exhibit A." |

DATED: September 1, 2021.

          DAMIEN M. SCHIFF
          JOSHUA P. THOMPSON
          CHRISTOPHER M. KIESER
          WENCONG FA
          HOWARD A. SAGASER
          IAN B. WIELAND

         By  /s/ Wencong Fa
              WENCONG FA

         *Attorneys for Plaintiffs*

DATED: September 1, 2021.

         /s/ Matthew Wise (as authorized on Aug. 31, 2021)
         R. MATTHEW WISE
         Deputy Attorney General

         *Counsel for Defendants*