IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDAR POINT NURSERY and FOWLER PACKING CO., <br><br> Plaintiffs, <br><br> v. <br><br> VICTORIA HASSID, in her official capacity as Chair of the Agricultural Labor Relations Board; et al., <br><br> Defendants. | No. 1:16-cv-00185-NONE-BAM <br><br> FINAL STIPULATED JUDGMENT AFTER REMAND, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION <br><br> (Doc. No. 37) |

In accordance with the June 23, 2021 opinion of the United States Supreme Court, *Cedar Point Nursery v. Hassid*, 594 U.S. __, 141 S. Ct. 2063 (2021); the August 4, 2021 order of the United States Court of Appeals for the Ninth Circuit reversing this court's judgment of dismissal of plaintiffs' Fifth Amendment claim and remanding the case for further proceedings, *Cedar Point Nursery v. Hassid*, No. 16-16321, ECF No. 35 (9th Cir. Aug. 4, 2021); and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

/////

/////

/////

**FINAL JUDGMENT AFTER REMAND**

This court's July 19, 2016 final judgment, (Doc. No. 23,) is vacated in part, and final judgment is entered for plaintiffs and against defendants on plaintiffs' first claim for relief (Violation of the Fifth and Fourteenth Amendments; 42 U.S.C. § 1983).

**DECLARATORY JUDGMENT**

It is hereby declared that the access regulation, California Code of Regulations, Title 8, § 20900(e), "appropriates a right to invade [plaintiffs'] property and therefore constitutes a *per se* physical taking." *Cedar Point Nursery v. Hassid*, 141 S. Ct. at 2072. Absent payment of just compensation, § 20900(e) authorizes an unconstitutional taking in violation of the Fifth and Fourteenth Amendments as applied to plaintiffs. *Id*. at 2074.

**PERMANENT INJUNCTION**

Defendants are hereby permanently enjoined from enforcing California Code of Regulations, Title 8, § 20900(e) against plaintiffs, absent payment of just compensation.

The time for plaintiffs to file their motion for attorneys' fees and bill of costs or reach a settlement with respect to such fees and costs runs from the time that this order is entered.

IT IS SO ORDERED.

Dated: **September 1, 2021**            _____
                                         UNITED STATES DISTRICT JUDGE